UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVON HAMILTON, a/k/a "Drilla,"<br><br>Defendant | Criminal No.  21cr10022<br><br>Violations:<br><br><u>Count One</u>: Bank Fraud<br>(18 U.S.C. § 1344)<br><br><u>Count Two</u>: Possession of Counterfeit Obligations<br>(18 U.S.C. § 472)<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. § 982(a)(2)) |

<u>INFORMATION</u>

COUNT ONE
Bank Fraud
(18 U.S.C. § 1344)

The United States Attorney charges:

On or about March 24, 2020, in Quincy, in the District of Massachusetts, the defendant,

DEVON HAMILTON, a/k/a "Drilla,"

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution, that is, the Quincy Credit Union, and to obtain moneys, funds, credits, assets, securities, and other property owned by, or under the custody and control of, the Quincy Credit Union by means of materially false and fraudulent pretenses, representations, and promises, to wit, the defendant caused fraudulent deposits to be made into an account held at the Quincy Credit Union.

All in violation of Title 18, United States Code, Section 1344.

<u>COUNT TWO</u>
Possession of Counterfeit Obligations
(18 U.S.C. § 472)

The United States Attorney further charges:

On or about June 16, 2020, in Boston, in the District of Massachusetts, the defendant,

DEVON HAMILTON, a/k/a "Drilla,"

did, with the intent to defraud, possess falsely made, forged, and counterfeited obligations of the United States, to wit $350 in Federal Reserve Notes.

All in violation of Title 18, United States Code, 472.

<u>FORFEITURE ALLEGATION</u>
(18 U.S.C. § 982(a)(2))

1.  Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1344 and 471, set forth in Counts One and Two, the defendant,

DEVON HAMILTON, a/k/a "Drilla,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offenses.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(2), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(2).

ANDREW E. LELLING
United States Attorney

_/s/ Michael Crowley_
MICHAEL J. CROWLEY
Assistant United States Attorney
Date: January 20, 2021