JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  **Category No.** II  **Investigating Agency** ATF/Boston PD

**City** Quincy, Boston

**County** Norfolk, Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  20-mj-6387-MPK
Search Warrant Case Number  20-mj-6375-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Devon Hamilton  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: "Drilla"

Address: (City & State)

Birth date (Yr only): 2000  SSN (last4#): 2293  Sex: M  Race: ____  Nationality: ____

Defense Counsel if known: James J. Cipoletta  Address: Citizens Bank Building

Bar Number: _____  385 Broadway, Suite 307
Revere, MA 02151

**U.S. Attorney Information:**

AUSA: Michael J. Crowley  Bar Number if applicable: _____

Interpreter: ☐ Yes  ☑ No  List language and/or dialect: _____

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes  ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: 06/16/2020

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: M. Page Kelley, USMJ  on 07/16/2020

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/20/2021  Signature of AUSA: _[signed]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Devon Hamilton

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank fraud | 1 |
| Set 2 | 18 U.S.C. § 472 | Possession of counterfeit obligations | 2 |
| Set 3 | 18 U.S.C. § 982(a)(2) | Forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf    3/4/2013