UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>DEVON HAMILTON       ) | Crim. No.  21cr10022-IT |

### SENTENCING MEMORANDUM

Per the parties' plea agreement, the Government recommends a sentence of time-served to be followed by 3 years of supervised release, no fine and a $200 special assessment.  The Government also requests that the Court order Defendant to pay restitution in the amount of $5,000 to the Quincy Credit Union as set forth in the PSR at ¶ 102.  The proposed sentence is consistent with the applicable Sentencing Guidelines range as calculated by Probation in the PSR.  The recommended sentence is appropriate under the factors set forth in 18 U.S.C. §3553.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

Date: August 12, 2021          By: _/s/ Michael Crowley_
                                                    MICHAEL J. CROWLEY
                                                    Assistant U.S. Attorney

1

**CERTIFICATE OF SERVICE**

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the below date.

      /s/ *Michael J. Crowley*
      MICHAEL J. CROWLEY
      Assistant U.S. Attorney