UNITED STATES DISTRICT COURT
FOR THE DISTRICT of MASSACHUSETTS

USDC No# 21-CR-10022

UNITED STATES

VS.

DEVON HAMILTON

### DEFENDANTS REQUEST FOR RE-ASSIGNMENT OF COUNSEL IN ACCORADANCE WITH 18 U.S.C § 3006A

Now come the defendant Devon Hamilton in his Pro Se capacity and requests this Honorable Court re-assign him counsel as there were some unresolved issue's in this case that the defendant wishes to address in accordance with his 6th Amendment Right.

Attorney James J. Citoletta promised to file a motion on my behalf addressing this Court with some legal possiblies in and around June 2023. Thus far, I am unable to contact him and he has not responded to my number of request. This issue I would like to present to the Court is one of Liberty Interest.

For these reasons set forth, the defendant requests this Honorable Court grant this motion. No memorandum of law is necessary as all authority sited herein.

Respectfully Submitted,

Date: 6-21-24

Devon Hamilton
Devon Hamilton, Pro Se
W117165
O.C.C.C.
1 Administration Road
Bridgewater, Mas 02324